976

No. 78–6290. ROWAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6292. HOWARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–953. HOBBS ET AL. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the convictions.

No. 78–983. IDAHO ASSOCIATION OF NATUROPATHIC PHYSICIANS, INC., ET AL. v. UNITED STATES FOOD AND DRUG ADMINISTRATION ET AL. C. A. 4th Cir. Motion of Northwest Academy of Preventive Medicine for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 78–1227. ELLIS NATIONAL BANK OF TALLAHASSEE v. DAVIS ET UX. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 78–6048. SPENKELINK v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Motions of Association of the Bar of the City of New York and American Baptist Churches in the U. S. A. et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.